**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gary Alphonso PARSON, a.k.a. Black,
Defendant–Appellant.
No. 15–12020
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Oct. 27, 2015.

Dawn Bowen, Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, Ellen L. Cohen, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Robert E. Adler, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Gary Alphonso Parson, FCI Estill–Inmate Legal Mail, Estill, SC, for Defendant–Appellant.

Before WILSON, WILLIAM PRYOR and FAY, Circuit Judges.

PER CURIAM:

Robert Adler, appointed counsel for Gary Alphonso Parson, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because indepen-

dent review of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and we **AFFIRM** the denial of Parson's motion to reduce sentence under 18 U.S.C. § 3582(c).